THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 17-226-RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION TO MODIFY TERMS OF PRETRIAL RELEASE |
| ERIC CHRISTOPHER D'ANGELO, | |
| Defendant. | |

THIS MATTER has come before the undersigned on the unopposed motion of Defendant Eric D'Angelo requesting modification of the terms of his pretrial release to allow him to continue to take the medication he was prescribed when using his deceased brother's name. The Court has considered the unopposed motion and records in this case and agrees with this request.

IT IS ORDERED that Mr. D'Angelo be allowed to continue to take the medication he was taking when he used his deceased brother's name, effective immediately, if prescribed by a physician and approved by Pretrial Services.

DONE this 25th day of September, 2017.

Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ *Gregory Murphy*
Federal Public Defender
Attorney for Eric D'Angelo

ORDER GRANTING MTN TO MODIFY
TERMS OF PRETRIAL RELEASE
(Eric D'Angelo; CR17-226RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100