THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR17-226-RAJ |
| Plaintiff, | ) | |
| v. | ) | ORDER TO |
| | ) | SEAL DOCUMENT |
| ERIC CHRISTOPHER D'ANGELO, | ) | |
| Defendant. | ) | |

THIS MATTER has come before the undersigned on the Defendant's motion to file Defendant's Sentencing Memorandum and Exhibits under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the documents under seal.

IT IS ORDERED that Defendant's Motion to Seal (Dkt. #18) is GRANTED and Defendant's Sentencing Memorandum and Exhibits shall remain filed under seal.

DATED this 15th day of December, 2017.

The Honorable Richard A. Jones
United States District Judge

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**